UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Thomas Thompson,
      Plaintiff

      v.                                    Civil No. 09-cv-82-SM

Todd Gordon, Nicholas Granville,
Vincent Williams, John Does 1-5,
and Hillsborough County,
      Defendants

**NOTICE OF RULING**

      Re:  Document No. 26
           Plaintiff's Motion to Reconsider Summary Judgment Order

      **Ruling**:  Denied.  Plaintiff moves the court to reconsider
its order granting defendants' motion for summary judgment,
saying he has additional evidence he wishes to have considered.
But, as plaintiff readily concedes, that evidence was available
to him when he objected to defendants' motion for summary
judgment.  As the court of appeals has made clear, "'a motion for
reconsideration is appropriate where the court has misapprehended
the facts, a party's position, or the controlling law,' but is
not appropriate as a 'vehicle to reargue an issue previously
addressed by the court when the motion merely advances new
arguments or supporting facts which were available at the time of
the original motion.'"  Platten v. HG Bermuda Exempted Ltd., 437
F.3d 118, 139 (1st Cir. 2006) (quoting Servants of Paraclete v.
Does, 204 F.3d 1005, 1012 (10th Cir. 2000).


Entered by:  Steven J. McAuliffe, Chief Judge


Date:  August 18, 2010


cc:  John A. Curran, Esq.
     Elizabeth L. Hurley, Esq.
     Michael J. Sheehan, Esq.